1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
(415) 882-7900
4 (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs,

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 BAY AREA PAINTERS AND TAPERS          Case No.: C09-5565 MHP
   PENSION TRUST FUND, et al.,
11                                        **NOTICE OF VOLUNTARY DISMISSAL**
            Plaintiffs,
12
   v.
13
   THOMAS REYES, individually and *dba* TOM
14 REYES WALLCOVERING,

15          Defendant.

16

17        PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BAY AREA

18 PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without

19 prejudice, their claim against Defendant THOMAS REYES, individually and doing business as

20 TOM REYES WALLCOVERING. Defendant has neither served an answer nor moved for

21 summary judgment, and Plaintiffs have not previously filed or dismissed any similar action

22 against Defendant.

23        It is therefore requested that this action be dismissed without prejudice, and that the Court

24 shall retain jurisdiction over this matter.

25 / / /

26 / / /

27 / / /

28

P:\CLIENTS\PATCL\Tom Reyes Wallcovering\Pleadings\C09-5565 MHP - Notice of Voluntary Dismissal 030410.DOC

1    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-

2  entitled action, and that the foregoing is true of my own knowledge.

3    Executed this 4th day of March, 2010, at San Francisco, California.

4

5                                          SALTZMAN & JOHNSON
                                           LAW CORPORATION
6

7                                    By:_____/s/_____

8                                          Muriel B. Kaplan
                                           Attorneys for Plaintiffs
9

10 IT IS SO ORDERED.

11    This case is dismissed without prejudice and the Court shall retain jurisdiction over this

12 matter.

13
   Date:_____          3/5/10    _____
14                                            UNITED STATES DISTRICT COURT JUDGE

15

16                                          IT IS SO ORDERED

17

18                                          Judge Marilyn H. Patel

19

20

21

22

23

24

25

26

27

28

P:\CLIENTS\PATCL\Tom Reyes Wallcovering\Pleadings\C09-5565 MHP - Notice of Voluntary Dismissal 030410.DOC