Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-5565 MHP |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| THOMAS REYES, individually and *dba* TOM REYES WALLCOVERING, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant THOMAS REYES, individually and doing business as TOM REYES WALLCOVERING.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

/ / /

/ / /

/ / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-5565 MHP

P:\CLIENTS\PATCL\Tom Reyes Wallcovering\Pleadings\C09-5565 MHP - Notice of Voluntary Dismissal 030410.DOC

-2-

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3     Executed this 4th day of March, 2010, at San Francisco, California.

                                    SALTZMAN & JOHNSON
                                    LAW CORPORATION


                                    By:_____/s/_____
                                        Muriel B. Kaplan
                                        Attorneys for Plaintiffs

IT IS SO ORDERED.

    This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:___3/5/10_____     _____
                             UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-5565 MHP

P:\CLIENTS\PATCL\Tom Reyes Wallcovering\Pleadings\C09-5565 MHP - Notice of Voluntary Dismissal 030410.DOC